UNITED STATES of America, Plaintiff-Appellee,

v.

Lenny CAIN, Defendant-Appellant.

No. 17-7431

United States Court of Appeals, Fourth Circuit.

Submitted: February 9, 2018

Decided: February 15, 2018

Lenny Lyle Cain, Appellant Pro Se. Clinton Jacob Fuchs, Assistant United States Attorney, Kenneth Sutherland Clark, Mushtaq Zakir Gunja, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Before AGEE, KEENAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lenny Cain appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction based on Amendment 782. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Cain*, No. 1:12-cr-00019-ELH-6 (D. Md. filed Oct. 17, 2017; entered Oct. 18, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

*AFFIRMED*